**People of the State of Illinois, Plaintiff-Appellee, v. James A. Spencer, Defendant-Appellant.**

Gen. No. 50,960.

First District, Third Division.

March 23, 1967.

Louis S. Elovitz, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Ronald Sandler, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.